**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Joseph C. Holmes, | ) | No. CV-08-190-PHX-DGC |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Russell Barker, a Police Officer for the City of Clinton, Tennessee, et al., | ) | |
| Defendants. | ) | |

Plaintiff Joseph Holmes is an inmate confined at the Cherokee County Jail in Canton, Georgia. He has filed a motion for assistance with discovery. Dkt. #14. The Court will deny the motion.

Plaintiff states that he has learned from a "reliable source" that the files of the Arizona Sex Offender Registration Unit contain records indicating that he has been convicted of the offense of "child fondling." Dkt. #14 at 1-2. Plaintiff claims that the records are false and state officials have refused to release them. *Id.* at 4-5. He further claims that the records are necessary to avoid surprise and meet his burden of proof at trial. *Id.* at 5. He requests "special orders" from the Court requiring state officials "to reveal their 'full and complete files about Plaintiff[.]'" *Id.* at 6.

The Court will not entertain a discovery request at this early stage of the litigation. Defendants have not been served with process and no case management conference has been

1 held. Moreover, the instant motion lacks specific facts from which the Court could issue an
2 order compelling discovery.
3     **IT IS THEREFORE ORDERED** that Plaintiff's motion for assistance with
4 discovery (Dkt. #14) is **denied**.
5     DATED this 9th day of September, 2008.

*David G. Campbell*
United States District Judge