UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| JOSEPH C. HOLMES, | ) |
| Plaintiff, | ) |
| v. | ) No. 3:08-CV-495 |
| | ) (Phillips/Shirley) |
| RUSSELL BARKER, VAUGHN BECKER, JUDGE DON LAYTON, PAM BECK, PHIL IP HARBER, JOHN DOE and JANE DOE, | ) |
| Defendants. | ) |

## JUDGMENT ON DECISION BY THE COURT

This case came before the court on the motion to dismiss filed by defendant Philip Harber. The Honorable Thomas W. Phillips, United States District Judge, having rendered a decision on the defendant's motion,

**IT IS ORDERED AND ADJUDGED** that the plaintiff Joseph C. Holmes take nothing, and that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at Knoxville, Tennessee, this _____ day of April, 2010.

                                                        s/ Patricia L. McNutt
                                                        Clerk of Court